1

2

3

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15  UNITED STATES OF AMERICA,      ) CASE NO. SA CR 12-055-CJC

16          Plaintiff,             ) ORDER OF DETENTION AFTER
                                   ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17          v.                     ) Allegations of Violations of Probation
                                   ) Supervised Release)
18  Jorge Lopez, Jr.,              ) Conditions of Release)
19                                 )
            Defendant.             )
20  _____)

On arrest warrant issued by a United States District Court involving alleged

21  violations of conditions of probation or Supervised Release,

22      The court finds no condition or combination of conditions that will

23  reasonably assure:

24      (A)   (✓)   the appearance of defendant as required; and/or

25      (B)   (✓)   the safety of any person or the community.

26  //

27  //

28

1    The court concludes:

2  A.    ( )    Defendant poses a risk to the safety of other persons or the community

3            because defendant has not demonstrated by clear and convincing

4            evidence that:

5    _____

6    _____

7    _____

8    _____

9

10  (B)    ( )    Defendant is a flight risk because defendant has not shown by clear

11            and convincing evidence that:

12    _____

13    _____

14    _____

15    _____

16

17    IT IS ORDERED that defendant be detained.

18

19

20

21  DATED: _10·6·2014_

22

23

24    HONORABLE JAY C. GANDHI
     UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                        2